# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ELIJAH M. SMITH,
    Plaintiff

    v.

DAVID J. EBBERT, et al.,
    Defendants

No. 1:21-cv-00915

(Judge Kane)

## ORDER

**AND NOW**, on this 29th day of June 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's complaint (Doc. No. 9) is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff may not file an amended complaint in the above-captioned case;

2. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 3) is **DENIED AS MOOT**;

3. Plaintiff's motion to appoint counsel (Doc. No. 10) is **DENIED**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                            s/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania